IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 17-17528 |
| James Ubotee | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| U.S. Bank, National Association, | : Date and Time of Hearing |
| Successor Trustee to Bank of America, | : Place of Hearing |
| N.A. as Successor to LaSalle Bank, N.A. | : March 6, 2018 at 10:30 a.m. |
| as Trustee, for Merrill Lynch First | : |
| Franklin Mortgage Loan Trust, | : U.S. Bankruptcy Court |
| Mortgage Loan Asset-Backed | : 900 Market Street, Courtroom #2 |
| Certificates, Series 2007-H1 | : Philadelphia, PA, 19107 |
| Movant, | : |
| | |
| vs | |
| | |
| James Ubotee | |
| | |
| William C. Miller | |
| Respondents. | |

### ORDER OF COURT

AND NOW, this _3rd_ day of _April_, 20_18_, upon consideration of the Motion for Relief from the Automatic Stay filed by U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H1 ("Creditor"), it is hereby **ORDERED**, that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H1 in and to the Real Property of Debtor located at 1756 S. 60th Street, Philadelphia, PA 19142 and more particularly described in the Mortgage, recorded July 31, 2007, at Instrument Number 51744898.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_Magdeline D. Coleman_
Magdeline D. Coleman
U.S. Bankruptcy Judge

18-003192_HCM1