UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: James Ubotee,
        Debtor.

CHAPTER 13

BANKRUPTCY CASE NUMBER
17-17528/MDC

Nationstar Mortgage LLC d/b/a Mr. Cooper
as servicer for  U.S. Bank, National
Association, Successor Trustee to Bank of
America, N.A. as Successor to LaSalle
Bank, N.A. as Trustee, for Merrill Lynch
First Franklin Mortgage Loan Trust,
Mortgage Loan Asset-Backed Certificates,
Series 2007-H1,
        Movant,
v.

James Ubotee,
      Respondent/Debtor,

William C. Miller
      Additional Respondent.

## PRAECIPE

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC d/b/a Mr.
Cooper as servicer for U.S. Bank, National Association, Successor Trustee to Bank of America,
N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage
Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H1's Objection to
Confirmation of Chapter 13 Plan filed with the Court on December 27, 2017.

                Respectfully submitted,

Dated:  April 5, 2018

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com

S&D File #:17-055578