IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                            :
                                                  :     In Chapter 13
    James Ubotee                      :
                                                  :     Bankruptcy No. 17-17528 (MDC)
                  Debtor.       :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 13 filed by the City of Philadelphia on June 6, 2018 in the amount of $240.00.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 9, 2018          **By:**     **/s/ Pamela Elchert Thurmond**
                                                                                 **PAMELA ELCHERT THURMOND**
                                                                                 **Deputy City Solicitor**
                                                                                 **PA Attorney I.D. 202054**
                                                                                 **City of Philadelphia Law Department**
                                                                                 **1401 JFK Blvd., 5th Floor**
                                                                                 **Philadelphia, PA  19102-1595**
                                                                                 **215-686-0508 (phone)**
                                                                                 **215-686-0588 (facsimile)**
                                                                                 **Email: Pamela.Thurmond@phila.gov**