United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Ubotee  
    Debtor

Case No. 17-17528-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Jul 12, 2018  
                     Form ID: 160    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.  
db        +James Ubotee,   1756 S. 60th St.,    Philadelphia, PA 19142-1404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:  
        ERIK B. JENSEN    on behalf of Debtor James  Ubotee akeem@jensenbagnatolaw.com,  
         gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
        JOSEPH JASPER SWARTZ    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,  
         RA-occbankruptcy6@state.pa.us  
        KARINA  VELTER    on behalf of Creditor   U.S. Bank National Association amps@manleydeas.com  
        KEVIN G. MCDONALD    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al  
         pa-bk@logs.com  
        PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,  
         karena.blaylock@phila.gov  
        REBECCA ANN SOLARZ    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                       TOTAL: 11

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James Ubotee

    Debtor(s)                                Case No: 17–17528–mdc

                                                  Chapter: 13

___

**NOTICE OF HEARING**

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,

        on: 10/11/18

        at: 09:30 AM

        in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 7/12/18                                                                                    For The Court

                                                                                                        Timothy B. McGrath
                                                                                                         Clerk of Court