IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13
James Ubotee                    :
                                :
                                :        BANKRUPTCY NO.: 17-17528 MDC

## ORDER

AND NOW, to wit this 2nd day of August, 2018 upon consideration of the Debtor's Motion for an Expedited Hearing to hear a Motion to Re-Impose the Automatic Stay With Respect to Debtor's Real Estate at 1756 S. 60th Street, Philadelphia, PA, it is hereby

ORDERED and DECREED that an Expedited Hearing to Hear the Motion to Re-Impose the Automatic Stay With Respect to Debtor's Real Estate at 1756 S. 60th Street, Philadelphia, PA is scheduled for the 3rd day of August, 2018, at 1:00 p.m. in Courtroom #2.

BY THE COURT

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE