**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **James Ubotee** | : | |
| | : | |
| | : | **BANKRUPTCY NO.: 17-17528 MDC** |

## ORDER

AND NOW, to wit this _____ day of _____, 2018 upon consideration of the Debtor's Motion for an Expedited Hearing to hear a Motion to Re-Impose the Automatic Stay With Respect to Debtor's Real Estate at 1756 S. 60th Street, Philadelphia, PA, it is hereby

ORDERED and DECREED that Debtor's Motion to Re-Impose the Automatic Stay With Respect to Debtor's Real Estate at 1756 S. 60th Street, Philadelphia, PA is hereby GRANTED. The Automatic Stay with respect to 1756 S. 60th Street shall be immediately imposed

BY THE COURT

_____
**HONORABLE MAGDELINE D. COLEMAN**
**BANKRUPTCY JUDGE**