IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :         CHAPTER 13
James Ubotee                        :
                                    :
                                    :         BANKRUPTCY NO.: 17-17528 MDC

## ORDER

AND NOW, to wit this 3 day of August, 2018 upon consideration of the Debtor's Motion for an Expedited Hearing to hear a Motion to Re-Impose the Automatic Stay With Respect to Debtor's Real Estate at 1756 S. 60th Street, Philadelphia, PA, it is hereby

ORDERED and DECREED that Debtor's Motion to Re-Impose the Automatic Stay With Respect to Debtor's Real Estate at 1756 S. 60th Street, Philadelphia, PA is hereby GRANTED. The Automatic Stay with respect to 1756 S. 60th Street shall be immediately imposed and shall continue in effect until further order of the Court.

BY THE COURT

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE