United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17528-mdc
James Ubotee                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia            Page 1 of 2              Date Rcvd: Aug 07, 2018
                             Form ID: pdf900           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
```
db          +James Ubotee,    1756 S. 60th St.,    Philadelphia, PA 19142-1404
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620
14009943    +Aargon Collection Agen,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
14009946   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
14009948    +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
14034311    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14009949    +Midland Mtg/midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
14009950    +Mrs Bpo Llc,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14009951   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:  Nationstar,    350 Highland Dr,    Lewisville, TX 75067)
14009953    +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14040179    +U.S. Bank, National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,
              Dallas TX 75261-9096
14016424    +U.S. Bank, National Association,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
              P.O. Box 17933,    San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:39     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:39     City of Philadelphia,
              Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
14009944    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 08 2018 02:29:29
              Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce de Leon Blvd, 5th Floor,
              Miami, FL 33146-1873
14126921    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 08 2018 02:29:29
              Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
              Coral Gables, FL 33146-1837
14009945     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 02:33:37
              Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
14093305    +E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:39
              CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14009947    +E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2018 02:33:09     Credit One Bank Na,
              Po Box 98875,    Las Vegas, NV 89193-8875
14092086     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:33:11
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14017391     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:33:06
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14015393     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:28:59
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA 17128-0946
14009952    +E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2018 02:30:01
              Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              U.S. Bank, National Association, Successor Trustee
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Aug 07, 2018
                              Form ID: pdf900             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor James  Ubotee akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KARINA   VELTER    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
James Ubotee :
 :
 : BANKRUPTCY NO.: 17-17528 MDC

## ORDER

AND NOW, to wit this 9 day of August, 2018 upon consideration of the Debtor's Motion for an Expedited Hearing to hear a Motion to Re-Impose the Automatic Stay With Respect to Debtor's Real Estate at 1756 S. 60th Street, Philadelphia, PA, it is hereby

ORDERED and DECREED that Debtor's Motion to Re-Impose the Automatic Stay With Respect to Debtor's Real Estate at 1756 S. 60th Street, Philadelphia, PA is hereby GRANTED. The Automatic Stay with respect to 1756 S. 60th Street shall be immediately imposed and shall continue in effect until further order of the Court.

BY THE COURT

_Magdeline D. Coleman_

HONORABLE MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE