IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| James Ubotee | : | |
| | : | No. 17-17528-mdc |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a true and correct copy of the Court Order dated October 26, 2018 was served upon all interested parties via first class regular mail on October 31, 2018.

Date: November 2, 2018        /s/ Erik B. Jensen
                              Erik B. Jensen, Esquire
                              *Attorney for Debtor*